# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01402-AP

ROBERT HARVEY LUTGENS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

Joint Case Management Plan

---

## 1. APPEARANCES OF COUNSEL

| For Plaintiff: | For Defendant: |
|---|---|
| Michael W. Seckar | Daniel E. Burrows |
| 402 W 12th St | Special Assistant U.S. Attorney |
| Pueblo, CO 81003 | Office of the General Counsel |
| (719) 543-8638 | Social Security Administration |
| seckarlaw@mindspring.com | 1001 17th St |
| | Denver, CO 80202 |
| | (303) 844-7356 |
| | daniel.burrows@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

    This Court has jurisdiction based on Social Security Act § 205(g), 42 U.S.C.

§ 405(g) (2006).

3. **DATES OF FILING RELEVANT PLEADINGS**

    A.    <u>Date Complaint Was Filed</u>: May 30, 2012

    B.    <u>Date Complaint Was Served on U.S. Attorney's Office</u>: July 6, 2012

    C.    <u>Date Answer and Administrative Record Were Filed</u>: September 4, 2012

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

7. **OTHER MATTERS**

This case is *not* on appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

8. **BRIEFING SCHEDULE**

    A.    <u>Plaintiff's Opening Brief Due</u>: October 29, 2012

    B.    <u>Defendant's Response Brief Due</u>: December 12, 2012

    C.    <u>Plaintiff's Reply Brief (If Any) Due</u>: December 27, 2012

These dates are adjusted from the ordinary timetable because Defendant's attorney and his wife are expecting a baby in late October and he expects to be out of the office on paternity leave for several weeks.

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    <u>Plaintiff's Statement</u>: Plaintiff does not request oral argument.

    B.    <u>Defendant's Statement</u>: Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

The parties do not consent to the exercise of jurisdiction by a magistrate judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

Parties filing motions for extensions of time or continuances must comply with D.C.COLO.LCivR 6.1(E) by submitting proof that a copy of the motion has been served upon the *moving attorney's client*, all attorneys of record, and all pro se parties.

The parties agree that the joint case management plan may be altered or amended only upon a showing of *good cause*.

DATED this 20th day of September, 2012

                              BY THE COURT:

                              *s/John L. Kane*_____
                              U.S. DISTRICT COURT JUDGE

APPROVED:

          JOHN F. WALSH
          United States Attorney

s/ *Daniel E. Burrows* FOR
MICHAEL W. SECKAR
402 W 12th St
Pueblo, CO 81003
(719) 543-8638
seckarlaw@mindspring.com

Attorney for Plaintiff

(SIGNED PER ELECTRONIC
AUTHORIZATION)

          J. BENEDICT GARCÍA
          Assistant United States Attorney

          s/ *Daniel E. Burrows*
          DANIEL E. BURROWS
          Special Assistant U.S. Attorney
          Social Security Administration
          Office of the General Counsel
          1001 17th St
          Denver, CO 80202
          (303) 844-7356
          daniel.burrows@ssa.gov

          Attorneys for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that on September 20, 2012, I electronically filed the foregoing Joint Case Management Plan with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Michael W. Seckar
    seckarlaw@mindspring.com

    William George Pharo
    william.pharo@usdoj.gov


                                            s/ *Daniel E. Burrows*
                                            Office of the General Counsel
                                            Social Security Administration