# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01402-AP

ROBERT HARVEY LUTGENS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

## Joint Case Management Plan

---

## 1. APPEARANCES OF COUNSEL

| For Plaintiff: | For Defendant: |
|---|---|
| Michael W. Seckar | Daniel E. Burrows |
| 402 W 12th St | Special Assistant U.S. Attorney |
| Pueblo, CO 81003 | Office of the General Counsel |
| (719) 543-8638 | Social Security Administration |
| seckarlaw@mindspring.com | 1001 17th St |
| | Denver, CO 80202 |
| | (303) 844-7356 |
| | daniel.burrows@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

This Court has jurisdiction based on Social Security Act § 205(g), 42 U.S.C. § 405(g) (2006).

3.   **DATES OF FILING RELEVANT PLEADINGS**

    A.   <u>Date Complaint Was Filed</u>: May 30, 2012

    B.   <u>Date Complaint Was Served on U.S. Attorney's Office</u>: July 6, 2012

    C.   <u>Date Answer and Administrative Record Were Filed</u>: September 4, 2012

4.   **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete and accurate.

5.   **STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

6.   **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

7.   **OTHER MATTERS**

This case is *not* on appeal from a decision issued on remand. The parties have no other matters to bring to the attention of the Court.

8.   **BRIEFING SCHEDULE**

    A.   <u>Plaintiff's Opening Brief Due</u>: October 29, 2012

    B.   <u>Defendant's Response Brief Due</u>: December 12, 2012

    C.   <u>Plaintiff's Reply Brief (If Any) Due</u>: December 27, 2012

These dates are adjusted from the ordinary timetable because Defendant's attorney and his wife are expecting a baby in late October and he expects to be out of the office on paternity leave for several weeks.

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    A.    <u>Plaintiff's Statement</u>: Plaintiff does not request oral argument.

    B.    <u>Defendant's Statement</u>: Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

The parties do not consent to the exercise of jurisdiction by a magistrate judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

Parties filing motions for extensions of time or continuances must comply with D.C.COLO.LCivR 6.1(E) by submitting proof that a copy of the motion has been served upon the *moving attorney's client*, all attorneys of record, and all pro se parties.

The parties agree that the joint case management plan may be altered or amended only upon a showing of *good cause*.

DATED this 20th day of September, 2012

                           BY THE COURT:

                           *s/John L. Kane*
                           U.S. DISTRICT COURT JUDGE

APPROVED:

                              JOHN F. WALSH
                              United States Attorney

s/ *Daniel E. Burrows* FOR          J. BENEDICT GARCÍA
MICHAEL W. SECKAR              Assistant United States Attorney
402 W 12th St
Pueblo, CO 81003
(719) 543-8638
seckarlaw@mindspring.com          s/ *Daniel E. Burrows*
                                            DANIEL E. BURROWS
Attorney for Plaintiff                   Special Assistant U.S. Attorney
                                            Social Security Administration
(SIGNED PER ELECTRONIC        Office of the General Counsel
AUTHORIZATION)                    1001 17th St
                                            Denver, CO 80202
                                            (303) 844-7356
                                            daniel.burrows@ssa.gov

                                            Attorneys for Defendant

## CERTIFICATE OF SERVICE

 I hereby certify that on September 20, 2012, I electronically filed the foregoing Joint Case Management Plan with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

 Michael W. Seckar
 seckarlaw@mindspring.com

 William George Pharo
 william.pharo@usdoj.gov

          s/ *Daniel E. Burrows*
          Office of the General Counsel
          Social Security Administration