**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-01402-WJM

ROBERT HARVEY LUTGENS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

---

FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming Administrative Law Judge's Decision, entered by the Honorable William J. Martínez, United States District Judge, on June 27, 2013,

    IT IS ORDERED that the Commissioner's decision is AFFIRMED.

    DATED at Denver, Colorado this  27th  day of June, 2013.

                            JEFFREY P. COLWELL, CLERK

                            By: s/ Edward P. Butler
                            Edward P. Butler, Deputy Clerk